UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ,

     Plaintiff,

– against –

DSMB PARTNERS, LLC,

     Defendant.

**ORDER**

21 Civ. 9771 (ER)

Ramos, D.J.:

  On May 23, 2022, the Court granted defendant's request, on consent, to extend the deadline to respond to the complaint from May 19, 2022 to June 10, 2022. *See* Doc. 16. As of the date of this Order, defendant has not responded to the Complaint.

  Parties are therefore instructed to submit a joint status report by no later than July 20, 2022. Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated: July 12, 2022
    New York, New York

                      EDGARDO RAMOS, U.S.D.J.